Bruce J. Hagel CSB 63531
Elizabeth L. Gade CSB 161495
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY A. SOUDERS,<br><br>    Plaintiff,<br><br>  vs.<br><br>Jo Anne B. Barnhart,<br><br>Commissioner of Social Security,<br><br>    Defendant | CASE NO.: **2:05-CV-01638-GGH**<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

FOR GOOD CAUSE SHOWN, the requested extensions to proffer evidence and to file a motion for summary judgment or remand in Souders v. Barnhart is hereby approved.

OLSON HAGEL & FISHBURN LLP

Dated: 1/31/06            /s/ Gregory G. Hollows
                          _____
                          U.S. Magistrate Judge

**PROPOSED ORDER EXTENDING TIME**